Babak Hashemi, Esq. (State Bar No. 263494)
**THE LAW OFFICES OF BABAK HASHEMI, ESQ.**
20062 SW Birch St., Suite 200
Newport Beach, CA 92660
Tel: (949) 464-8529
Fax: (949) 259-4548
Email: BabakHashemiLaw@gmail.com

Attorneys for Plaintiff JAMES RUTHERFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED TAX GROUP LLC, a California limited liability company; SEILABI ACQUISITION GROUP II, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01429-JLS-ADS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)A(ii)** |

IT IS HEREBY STIPULATED by and between the Parties, through their designated counsel, that:

1. The Parties have reached a settlement that includes a confidentiality provision;

2. The Complaint and action asserted by Plaintiff will be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

3. The Parties will bear their own respective costs and attorneys' fees.

Dated: February 8, 2021    **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: /s/ *Babak Hashemi*
Babak Hashemi, Esq.
Attorney for Plaintiff

-1-

Dated: February 8, 2021      **GLADYCH LAW, INC.**

By: /s/ John Gladych_____
John Gladych, Esq
Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  February 8, 2021      **LAW OFFICES OF BABAK HASHEMI, ESQ.**

By: */s/ Babak Hashemi*
Babak Hashemi

-2-