# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED TAX GROUP LLC, a California limited liability company; SEILABI ACQUISITION GROUP II, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-01429-JLS-ADS<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Having considered the Parties' stipulation, and good cause shown, IT IS HEREBY ORDERED: that this case is DISMISSED in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii). Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE